**Electronically Filed**
**Supreme Court**
**SCWC-16-0000497**
**18-JAN-2019**
**11:54 AM**

SCWC-16-0000497

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

STANLEY LARRY CANOSA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000497; CR. NO. 09-1-1524)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nacino, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Stanley Larry Canosa's

application for writ of certiorari, filed on December 15, 2018,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, January 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Edwin C. Nacino

